FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  NOAH MICHAEL TIMMONS,  Defendant. | Criminal Case No. 08cr2644-BTM  I N F O R M A T I O N  Title 18, U.S.C., Sec. 922(k) and 924(a)(1)(B) - Possession of Firearm with Obliterated Serial Numbers |

The United States Attorney charges:

Count 1

On or about May 8, 2007, within the Southern District of California, defendant NOAH MICHAEL TIMMONS did knowingly and intentionally possess a firearm, that is, a Llama .44 magnum caliber revolver that has had the manufacturer's serial number removed and obliterated, and has been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MMP:pcf:San Diego
8/6/08