AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

NOAH MICHAEL TIMMONS

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2644-BTM

I, NOAH MICHAEL TIMMONS, the above named defendant, who is accused of:

Title 18, U.S.C., Secs. 922(k) and 924(a)(1)(B) - Possession of Firearm with Obliterated Serial Numbers

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       JUDICIAL OFFICER